NO. _14-13-0082_

| | | |
|---|---|---|
| _Wrandy Dewanye Little_ | § | IN THE TEXAS COURT |
| PETITIONER | § | |
| | § | |
| VS. | § | OF |
| | § | |
| THE STATE OF TEXAS, | § | |
| RESPONDENT | § | CRIMINAL APPEALS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 23 2015
Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE PDR

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, _Wrandy D, Little_, Petitioner, and files this motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, Petitioner shows the Court the following:

### I.

The Petitioner was convicted in the _405_ District Court of _Galveston_ County, Texas of the offense of _possession of a controlled substan_ in Cause No. _12CR 248_, styled The State of Texas vs. _Wrandy D, Little_ The Petitioner appealed to the Court of Appeals, _14_ Supreme Judicial District, Appeal No. _14-13-00832_. The case was affirmed on _Dec 16 2014_.

FILED IN
COURT OF CRIMINAL APPEALS
JAN 30 2015
Abel Acosta, Clerk

### II.

The present deadline for filing the Petition for Discretionary Review is _Jan 16, 2015_. The Petitioner has not requested any extension prior to this request.

### III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until _Dec, 29, 2015_. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, _Kyle Verret_, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Respectfully submitted,

_Wrandy Dewanye Little_
Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice


## CERTIFICATE OF SERVICE

I, _Wrandy D. Little_, do hereby certify that a true and correct copy of the

above and foregoing Motion for Extension of Time to File a Petition for Discretionary

Review, has been forwarded by United States Mail, postage prepaid, first class, to the

State Prosecuting Attorney, P. O. Box 12405, Austin, TX 78711, and the District

Attorney for _Galveston_ County,

_Rebecca Klaren 600 59th st Suit 100_ on this the _January_ _21_ day of
_Galveston, TX 77551_

, 200 _15_.


_Wrandy Dewanye Little_
Petitioner Pro Se

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. 14-13-0082 to _March 31 2015_